UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RYAN CHAPMAN,**

    *Plaintiff,*

**v.**                                                   **Case No: 8:22-cv-02616-VMC-JSS**

**ADVANCED PORTFOLIO
GROUP, LLC, et. al.,**

    *Defendants.*

_____/

**NOTICE OF SETTLEMENT WITH ALL DEFENDANTS**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that all Parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on December 14, 2022, by:

> /s/ *Bryan J. Geiger*
> Bryan J. Geiger
> Florida Bar Number: 119168
> Seraph Legal, P. A.
> 1614 N. 19th St.
> Tampa, FL 33605
> (813) 321-2348
> BGeiger@SeraphLegal.com
> *Counsel for Plaintiff*